CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

APR 18 2022

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| Plaintiff, | ) | Case No. 1:22CV16 |
| v. | ) | **OPINION AND ORDER** |
| MARK ZUCKERBURG, ET AL., | ) | JUDGE JAMES P. JONES |
| Defendants. | ) | |

The plaintiff seeks to file anonymously a civil action without prepayment of fees and costs. In the proposed Complaint, the plaintiff purports to assert a pro se class action claim for racial discrimination and recover over $2 billion in damages. The proposed Complaint is devoid of proper allegations and is clearly frivolous. While I will grant the application to proceed in forma pauperis, I will summarily dismiss the action pursuant to 28 U.S.C. § 1915(e)(2)(B).[1]

It is **ORDERED** that the Application to Proceed in District Court Without Prepaying Fees and Costs is GRANTED. A separate Final Order will be entered herewith dismissing the action.

ENTER: April 18, 2022

/s/ JAMES P. JONES
Senior United States District Judge

---

[1] Moreover, a pro se plaintiff may not maintain a class action and there are no proper grounds shown for proceeding anonymously.